## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In the Matter of the Search of the premises located at 15030 East 253rd Street South, Webbers Falls, Oklahoma 74470 | Case No. MJ-19-108-KEW |

### MOTION TO UNSEAL SEARCH WARRANT

**COMES NOW** the United States of America, by and through Ryan H. Heatherman, Assistant United States Attorney for the Eastern District of Oklahoma, and requests the Application for Search Warrant, Affidavit, Attachment A & B, Search Warrant, Search Warrant Return the Motion to File Under Seal, and the Order Sealing, which were filed under seal on December 9, 2019, in the above-captioned case be unsealed. The Government makes this request because disclosure will not jeopardize the ongoing investigation. Accordingly, there is good cause to unseal these documents because disclosure will no longer jeopardize the investigation.

**WHEREFORE**, the United States of America respectfully requests the Application for Search Warrant, Affidavit, Attachment A & B, Search Warrant, Search Warrant Return, and the Motion to File Under Seal and Order thereof, submitted in the above-captioned case be unsealed.

Respectfully submitted,

BRIAN J. KUESTER
United States Attorney

s/   RYAN H. HEATHERMAN
RYAN H. HEATHERMAN, OBA # 20721
Assistant United States Attorney
520 Denison Avenue
Muskogee, Oklahoma 74401