EDOK - Search Warrant (Revised 5/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

In the Matter of the Search of the premises located at 15030 East 253rd Street South, Webbers Falls, Oklahoma 74470

Case No. MJ-19-108-KEW

## SEARCH AND SEIZURE WARRANT

**TO:** ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the **EASTERN** District of **OKLAHOMA** *(identify the person or describe the property to be searched and give its location)*:

### SEE ATTACHMENT "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

### SEE ATTCHMENT "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before 12/23/2019
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.
☐ at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Kimberly E. West.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
  ☐ for _____ days *(not to exceed 30)*.
  ☐ until, the facts justifying, the later specific date of _____.

Date: December 9, 2019

*Judge's signature*

City and state: Muskogee, Oklahoma

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
PATRICK KEANEY
Clerk, U.S. District Court
Eastern District of Oklahoma
By _____ Deputy Clerk
Dated 12/9/2019

EDOK - Search Warrant PAGE 2

| RETURN |||
|---|---|---|
| Case No.: <br> MJ-19-108-KEW | Date and time warrant executed: <br> 12/12/2019  1:00 PM | Copy of warrant and inventory left with: <br> D- Thomas Martin |
| Inventory made in the presence of: <br> Thomas Martin |||
| Inventory of the property taken and name of any person(s) seized: <br><br> - No items seized |||

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/07/2020

*Executing officer's signature*

Timothy Deppner, Special Agent
*Printed name and title*